# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Pardee Homes of Nevada Corporation | Attorney Fees |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:16-cv-01952-JAD-PAL |
| AG/RW - Canyons, LLC | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for Attorney Fees is hereby entered in favor of Pardee Homes of Nevada Corporation in the amount of $77,702.63.

| | |
|---|---|
| March 27, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |